IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DUSTIN BISHOP AND
JESSICA BISHOP, CO-ADMINISTRATORS FOR
THE ESTATE OF RANDY LEE BISHOP        PLAINTIFFS

vs:                                                  Case No: 3:05-292
                                                  JUDGE TRAUGER

CORRECTIONAL MEDICAL SERVICES, INC.      DEFENDANTS

## MOTION FOR VOLUNTARY DISMISSAL

Now comes the Plaintiffs by Counsel, and hereby move this Honorable Court, pursuant to FRCP 41, to voluntarily dismiss their claim against J. M. Courtney without prejudice.

Counsel for the Plaintiff has discussed with Counsel for the Defendants this Motion and Counsel for the Defendants has advised that there is no objection to the Motion and that that the Defendants are in agreement for the entry of an Order of Voluntary Dismissal.

WHEREFORE, the Plaintiffs request that this Honorable Court enter an Order granting the Motion.

Respectfully Submitted,

                        DUSTIN BISHOP AND
                        JESSICA BISHOP, ETC.
                        BY COUNSEL

/s/ TIMOTHY W. McAFEE
VSB #: 21779
BOPR# 020590
P.O. BOX 529
NORTON, VA 24273-0529
(276) 679-5401
COUNSEL FOR DUSTIN BISHOP AND JESSICA BISHOP
CO-ADMINISTRATORS FOR THE ESTATE OF RANDY LEE BISHOP
E-Mail: tmcafee@mcafeelaw.com

# CERTIFICATE OF SERVICE

I, Timothy W. McAfee, do hereby certify that on **August 31, 2007** I have **electronically filed** the **Motion for Dismissal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

THOMAS PINCKEY, ESQUIRE
COURT SQUARE BUILDING
300 JAMES ROBERTSON PKWY
NASHVILLE, TN 37201
tpinckney@howell-fisher.com

DERICK SMITH, ESQUIRE
COURT SQUARE BUILDING
300 JAMES ROBERTSON PKWY
NASHVILLE, TN 37201
dsmith@howell-fisher.com


ANTHONY COLLINS, ESQUIRE
P. O. BOX 3465
WISE, VA 24293
COUNSEL FOR RANDY BISHOP
E-Mail: aeclaw1@verizon.net


/s/ TIMOTHY W. McAFEE
VSB #: 21779
BOPR #: 020590
P.O. BOX 529
NORTON, VA 24273-0529
COUNSEL FOR DUSTIN BISHOP AND JESSICA BISHOP
CO-ADMINISTRATORS FOR THE ESTATE OF RANDY LEE BISHOP
E-Mail: tmcafee@mcafeelaw.com